### WILSON v LASHURE

Ohio Appeals, 5th Dist, Perry Co
Decided April 12, 1930

For full opinion see 172 NE 694; 36 Oh Ap 107 (Oh Bar 11-4-30).

### POLAND v WUEST, et, etc

Ohio Appeals, 1st Dist, Hamilton Co
Decided June 2, 1930

For full opinion see 172 NE 836; 36 Oh Ap 204 (Oh Bar 11-11-30).